### COPELAND v. HORNIK.

### In re H. C. COPELAND & CO.

(Circuit Court of Appeals, Fourth Circuit. May 13, 1914.)

No. 1207.

On petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States for the Eastern District of South Carolina, at Charleston; Henry A. Middleton Smith, Judge.

In the matter of H. C. Copeland & Co., bankrupt. On petition of Christian J. Copeland to revise an order of the District Court allowing the claim of M. Hornik. Dismissed.

See, also, 216 Fed. 117, 132 C. C. A. 361.

Stanwix G. Mayfield, of Bamberg, S. C. (Mayfield & Free, of Bamberg, S. C., on the brief), for petitioner.

T. Moultrie Mordecai, of Charleston, S. C., for respondent.

Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

WOODS, Circuit Judge. This case was brought up by both appeal and a petition to superintend and revise. As there were both

questions of law and fact involved, the case was decided upon the appeal. For this reason this petition must be dismissed, with costs against the petitioner.

Dismissed.